writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *John H. Hershberger, Richard C. Stevenson, William H. Leahy* and *Abraham L. Freedman* for petitioners. *Acting Solicitor General Washington, Assistant Attorney General Berge, Charles H. Weston, W. T. Kelley* and *Walter B. Wooden* for respondent.

No. 705. TRESSLER *v.* TRESSLER ET AL. December 23, 1946. Petition for writ of certiorari to the Supreme Court of Florida denied. *Joseph A. Fitzsimmons* for petitioner. *Thos. M. Lockhart* and *Robert J. Davis* for respondents.

No. 708. CLARK & CLARK ET AL. *v.* SMITH, KLINE & FRENCH LABORATORIES. December 23, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Arthur G. Connolly, Morton C. Haight* and *Nelson Littell* for petitioners. *George J. Harding* for respondent.

No. 597. MITCHELL *v.* NEBLETT, U. S. DISTRICT JUDGE. December 23, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent.

No. 693. STEELE *v.* NEW YORK. December 23, 1946. Petition for writ of certiorari to the Supreme Court, West-